**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| HASAN MALIK DAVIS, | Case No. 3:22-CV-00388-MMD-CLB |
| Plaintiff | **ORDER DENYING AS MOOT INMATE APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFF TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* FOR NON-INMATE OR PAY FILING FEE** |
| v. | |
| STATE OF NEVADA, et. al., | |
| Defendants. | [ECF No. 5] |

I.      **DISCUSSION**

On August 29, 2022, Plaintiff Hasan Malik Davis ("Davis") filed a "motion to dismiss charge" (ECF No. 1-1). Davis did not, however, submit a complaint, or file an application to proceed *in forma pauperis* or alternatively pay the full $402 filing fee. Thus, on August 31, 2022, the Court ordered Davis to file a complaint and fully completed application to proceed *in forma pauperis*, or in the alternative, pay the full $402 filing fee for this action. (ECF No. 3.)

Davis timely complied with the order by filing an application to proceed *in forma pauperis* and a complaint. (ECF Nos. 5, 6, respectively.) On October 6, 2022, Davis filed a notice of change of address indicating he is no longer incarcerated at the Washoe County Detention Facility. (ECF No. 7.)

The Court denies the application to proceed *in forma pauperis* for inmates (ECF No. 5) as moot because Davis is no longer incarcerated. The Court now directs Davis to file an application to proceed *in forma pauperis* by a non-inmate within 30 days from the date of this order or pay the full filing fee of $402 (which includes the $350 filing fee and $52 administrative fee). If Davis does not timely comply with this order, the Court will recommend that this case be dismissed.

///

///

## II.    CONCLUSION

Accordingly, **IT IS ORDERED** that Davis's application to proceed *in forma pauperis* for inmates, (ECF No. 5), is denied as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court will **SEND** Davis the approved form application to proceed *in forma pauperis* by a non-inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that Davis will have until **Monday, November 14, 2022**, to either submit a fully complete application to proceed *in forma pauperis* for non-inmates or pay the full $402 filing fee for a civil action (which includes the $350 filing fee and $52 administrative fee).

**IT IS FURTHER ORDERED** that if Davis does not timely comply with all aspects of this order, dismissal of this action will result.

**IT IS SO ORDERED.**

**DATED**: October 14, 2022 .

**UNITED STATES MAGISTRATE JUDGE**